**Lenard Redwine, appellee, v. Charles B. Horrocks and A. Horrocks, appellants. Gen. No. 40,061.**

 Heard in the first division of this court

for the first district at the April term, 1938. ▮▮▮▮▮ Opinion filed October 31, 1938.

Rathje, Hinckley, Barnard & Kulp, for appellants; Francis E. Hinckley and William E. Fisher, of counsel. Henry C. Ferguson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.